# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **NEIBI MELANI NAVARRETE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:20-CV-00553** |
| | § | |
| **TARGET CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT TARGET CORPORATION'S APPENDIX IN SUPPORT OF ITS NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446 and Local Rule 81, Defendant Target Corporation provides the Court with the attached documentation in support of its Notice of Removal:

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| A | Plaintiff's Original Petition | 06/15/2020 |
| A-1 | Request for Issuance of Citation | 06/16/2020 |
| A-2 | Citation | 06/17/2020 |
| A-3 | Record/Copy Request | 06/17/2020 |
| A-4 | Defendant's Original Answer | 07/10/2020 |
| A-5 | Civil Docket Sheet | 07/10/2020 |
| B | Declaration of Adam Klarfeld in Support of Notice of Removal | 07/09/2020 |
| C | Defendant's Notice of Filing Removal (462nd District Court of Denton County) | 07/17/2020 |
| D | Index of Matters being Filed and List of Counsel of Record | 07/17/2020 |

Respectfully submitted,

*/s/ Danielle K. Herring*

**Danielle K. Herring**
State Bar No. 24041281
dherring@littler.com
**LITTLER MENDELSON, P.C.**
1301 McKinney Street
Suite 1900
Houston, Texas 77010
Telephone No.:  713.951.9400
Facsimile No.:  713.951.9212

**Mark A. Flores**
State Bar No. 24076385
markflores@littler.com
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
Telephone No.: 214.880.8100
Facsimile No.: 214.880.0181

**ATTORNEYS FOR DEFENDANT
TARGET CORPORATION**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record, *via* e-file notification on this 17th day of July 2020 to:

Reema Ali
Equal Justice Center
1250 West Mockingbird Lane, Suite 455
Dallas, Texas 75247
***Sent Via Email:*** *rali@equaljusticecenter.org*

Aaron Johnson
Equal Justice Center
510 S. Congress Ave., Ste. 206
Austin, Texas 78704
***Sent Via Email:*** *ajohnson@equaljusticecenter.org*

Brian P. Sanford
The Sanford Firm
1910 Pacific Ave., Suite 15400
Dallas, Texas 75201
***Sent Via Email:*** *bsanford@sanfordfirm.com*

*/s/ Danielle K. Herring*
Danielle K. Herring

# EXHIBIT A

FILED: 6/15/2020 2:17 PM
David Trantham
Denton County District Clerk
By: Elizabeth Jones, Deputy

20-4611-462

Cause No. _____

| | | |
|---|---|---|
| Neibi Melani Navarrete, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| Target Corporation, | § | |
| | § | |
| *Defendant.* | § | OF DENTON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Neibi Melani Navarrete ("Ms. Navarrete") files this Original Petition and Jury

Demand, complaining of Defendant Target Corporation ("Target") and for causes of action

shows:

### A. DISCOVERY CONTROL PLAN

1. Ms. Navarrete wishes to conduct discovery under Level 3, as provided in Rule 190.4 of the

Texas Rules of Civil Procedure.

### B. SERVICE OF PROCESS

2. Defendant Target Corporation is corporation that conducts business in Lewisville, Texas. It

can be served via its registered agent, CT Corporation System at 1999 Bryan St., Suite 900 Dallas,

TX 75201.

### C. JURISDICTION AND VENUE

3. Pursuant to Article V § 8 of the Texas Constitution, this Court has original subject matter

jurisdiction over the claims asserted herein because no other court has exclusive original

jurisdiction over the claims asserted herein and because Ms. Navarrete seeks damages within the

jurisdictional limits of this Court.

4. This Court has personal jurisdiction over the parties to this action because the claims

asserted herein arose directly from Defendant's acts and omissions in Texas.

5. Venue is proper in Denton County, Texas under Texas Civil Practice & Remedies Code §
15.002(a)(1) because a substantial part of the events giving rise to this action occurred in this
county. Target maintains a regular place of business in Denton County, Texas. This case involves
a young mother who was employed in Denton County, Texas.

### E. FACTS

6. Under Texas law, it is illegal for an employer to fire a woman because she is pregnant.

7. Target's manager or "Executive Team Leader" Matt Santilli responded negatively after Ms.
Navarrete told him that she was pregnant.

8. Target operates a store located at 4760 TX-121 Lewisville, TX 75026.

9. Target employed Ms. Navarrete at Target's Lewisville store from about July 9, 2009 to May
2018. Her most recent position was as a stocker in the Health, Beauty, and Essentials department
of the store.

10. On or about November 30, 2017, Ms. Navarrete informed her supervisor, Matt Santilli, of
her pregnancy and requested to not be scheduled on Tuesdays due to her doctor's appointments
for her pregnancy. Mr. Santilli instructed Ms. Navarrete to utilize the in-store computer to make
the request to not be scheduled on Tuesdays. Ms. Navarrete did so, and the request was approved.

11. After informing her supervisor about her pregnancy, Target cut Ms. Navarrete's hours
significantly.

12. Ms. Navarrete made multiple requests to multiple Target supervisors or managers for more
hours or transfer to a department where there was more work, but she was told that Target did not
have any work available to offer her or to speak to Mr. Santilli, who would tell her there was no
other work available for her.

13. In approximately December 2017, Target transferred two newly hired employees to be stockers in the Health, Beauty, and Essentials department to perform the same or substantially similar duties as Ms. Navarrete and provided them more hours than Ms. Navarrete.

14. Ms. Navarrete continued to be scheduled to work on Tuesdays despite her request to not be scheduled those days. When Ms. Navarrete was unable to attend her scheduled shifts, she called the store prior to the start of her shift to inform them of her inability to attend that shift.

15. Target fired Ms. Navarrete in May 2018. Target alleges that Ms. Navarrete failed to call in when she missed scheduled shifts, and Target claims that is the reason it fired her. However, when Ms. Navarrete was unable to work her scheduled shifts, she called the store prior to the start of her shift to inform them of her inability to attend that shift.

## F. CONDITIONS PRECEDENT/ADMINISTRATIVE EXHAUSTION

16. All conditions precedent to the filing of this action and Plaintiff's right of recovery herein have been fulfilled.

17. With respect to the administrative prerequisites relevant to Ms. Navarrete's Chapter 21 claims, this petition is filed more than 180 days but less than two years after Plaintiff timely filed her charge of discrimination with the Texas Workforce Commission and Equal Employment Opportunity Commission.

## G. CLAIMS FOR RELIEF

### Tex. Labor Code Chapter 21 - Discrimination

18. Target violated Chapter 21 of the Texas Labor Code.

19. Section 21.051 of the Texas Labor Code provides that an employer commits an unlawful act if because of sex, the employer "discharges an individual, or discriminates in any other manner against an individual in connection with compensation or the terms, conditions, or privileges of

employment."

20. Target terminated Ms. Navarrete and discriminated in their treatment of her in connection with the terms, conditions, or privileges of employment because of sex, more specifically, because she was pregnant.

### Tex. Labor Code Chapter 21 - Retaliation

21. Section 21.055 of the Texas Labor Code provides that an employer commits an unlawful act if the employer retaliates against an individual who opposes a discriminatory practice.

22. Ms. Navarrete engaged in protected activity when she complained of Target's discriminatory actions or actions she reasonably believed to constitute discrimination on the basis of sex, specifically pregnancy.

23. Defendants intentionally retaliated against Plaintiff in violation of Tex. Lab. Code § 21.055.

## H. PUNITIVE DAMAGES

24. Target engaged in discriminatory practices, including retaliation, with malice or with reckless indifference to the state-protected rights of Ms. Navarrete as contemplated by Texas Labor Code Section§ 21.2585.

## I. RELIEF REQUESTED

25. As required under Texas Rule of Civil Procedure 47, Plaintiff selects the range of potential monetary relief under Rule 47(c)(4). This range may change over time. Ms. Navarrete is free to suggest more or less based on the evidence and the jury and judge are free to find more or less at trial based on the evidence.

26. As a direct and proximate result of Target's discrimination and retaliation, Target caused Ms. Navarrete to suffer resulting damages, for which she sues, including, but not limited to:

a.   back pay for lost wages and benefits

b.   equitable relief, including reinstatement or front pay;

c.   compensatory damages, including emotional pain, suffering, inconvenience, mental anguish, stress, anxiety, and humiliation;

d.   punitive damages;

e.   declaratory and injunctive relief;

f.   attorney's fees and costs of court, inclusive of expert witness fees; and

g.   pre- and post-judgment interest as allowed by law.

### J. DEMAND FOR JURY

27. Ms. Navarrete demands a jury trial.

### K. PRAYER

WHEREFORE, PREMISES CONSIDERED, Ms. Navarrete respectively prays that Target be cited to appear and answer herein, and that upon final hearing hereof, Ms. Navarrete have judgment against Target for the relief requested above, and any further relief to which Ms. Navarrete may be entitled.

Respectfully Submitted,

**EQUAL JUSTICE CENTER**

By:  _s/ Reema Ali_____
Reema Ali
Texas State Bar No. 24105327
1250 West Mockingbird Lane, Suite 455
Dallas, Texas 75247
Tel.: (469) 228-4234
Fax: (469) 941-0861
rali@equaljusticecenter.org

Aaron Johnson
Texas State Bar No. 24056961

510 S. Congress Ave., Ste. 206
Austin, Texas 78704
Telephone: (512) 474-0007
Fax: (512) 474-0008
ajohnson@equaljusticecenter.org

**THE SANFORD FIRM**

By: */s/ Brian P. Sanford*_____
Brian P. Sanford
Texas Bar No. 17630700
bsanford@sanfordfirm.com
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph: (214) 717-6653
Fax: (214) 919-0113

COUNSEL FOR PLAINTIFF

# EXHIBIT A-1

FILED: 6/16/2020 3:04 PM
Denton County District Clerk
By: Joan Vallee, Deputy

**Denton County District Clerk**
**Ph: 940-349-2200**

# E-FILING REQUEST FOR ISSUANCE

- ❖ This document MUST be filed as a separate LEAD document when e-filing.
- ❖ Choose the **Filing code:**
  - ○ (New Suits select: "**Application**" and on Subsequent filings select "**Request**")
- ❖ Select the type of issuance using the "Optional Services" section on the e-filing screen
- ❖ If a service document is required, you must add the "Copies for Service" and enter the number of pages the clerk needs to print.  (Ex: Petition is **5** pages, **3** citations are requested: 5 x 3 = 15 pages will need to printed by the clerk)

Cause No. 20-4611-462

Document to be served: Original Petition

Style of Case: Neibi Navarrete vs. Target Corporation

Please use this form when requesting issuance of the below listed
types of issuance through the e-filing system.
*Please use other request forms for: Abstracts, Executions, Subpoenas and Order Withholdings*

## Please select the type  and quantity of issuance(s) needed:

| Type | Amt | Quantity | Type | Amt | Quantity |
|---|---|---|---|---|---|
| Citation | $8 | 1 | Expunction Notices: Petition & Order | $11 | |
| Citation for Foreclosure | $46 | | Expunction Notices: Amended Petition | $5 | |
| Notice | $8 | | Expunction Orders: Amended Orders | $8 | |
| Show Cause Notice | $8 | | Letter Rogatory | $8 | |
| Temporary Restraining Order | $8 | | Commission | $8 | |
| Protective Order Notice | $8 | | All Writs | $8 | |

**Note: PUBLICATION COSTS – If publication is requested in the Denton Record Chronicle,
we will provide your contact information to the Denton Record Chronicle for billing.**

Name of party to be served: Target Corporation                    Type: Defendant
Address for service: Registered Agent CT Corporation System
1999 Bryan St. , Suite 900 Dallas, TX 75201

Name of party to be served: _____    Type: _____
Address for service: _____

*Please attach additional pages if there are more parties to be served.*

******** **Check one of the options below for your preferred service method** ********
**Please hold at Clerks office:**

_____ I will bring in a file-marked copy of the service document to your office for the issuance to be picked up at the front counter.

___X___ I request that the issuance be returned by e-service. (service document copy fee and service fee not required)
E-mail Address 1. rali@equaljusticecenter.org          2. ajohnson@equaljusticecenter.org

_____ Please serve by Denton County Constable/Sheriff  (I have added the cost for a copy of the service document and have also added the service fee for the Sheriff/Constable)

_____ Please serve by Certified Mail (I have added the cost for a copy of the service document and have also added the Certified Mail service fee.)

***Additional Notes:*** _____

Requestor Name & Phone number:

Reema Ali ; 469-228-4234

# EXHIBIT A-2

## CITATION –TRC 99 and 106

THE STATE OF TEXAS                                                    COUNTY OF DENTON

### CAUSE NO. 20-4611-462

**TO: Target Corporation  By Serving RA CT Corporation System  1999 Bryan St Ste 900  Dallas TX  75201 (or wherever he/she may be found)**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| | |
|---|---|
| Court: | 462nd Judicial District Court<br>1450 E. McKinney, 4th Floor, Denton, TX 76209 |
| Cause No.: | 20-4611-462 |
| Date of Filing: | June 15, 2020 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Neibi Melani Navarrete; Target Corporation |
| Clerk: | David Trantham, District Clerk<br>1450 E. McKinney, Suite 1200, Denton, TX 76209 |
| Party or<br>Party's Attorney: | Reema Ali<br>1250 West Mockingbird Lane, Ste. 455 Dallas, TX  75247 |

Issued under my hand and seal of this said court on this the 17th day of June, 2020.

David Trantham, District Clerk
Denton, Denton County, Texas

BY: _____, Deputy
Joan Vallee

---

### Service Return

Came to hand on the _____ day of _____, 20___ , at _____m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the   within   named _____ in person  a true copy of this citation, with attached copy(ies) of the Plaintiff's Original Petition, at

_____.

Service Fee: $ _____          _____ Sheriff/Constable
                                     _____ County, Texas

                                     _____
Service ID No. _____          Deputy/Authorized Person

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated:  upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure.   I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day  of _____, 20___
                                             _____Notary Public

EXHIBIT A-3

FILED
AT 11:34 O'CLOCK A M

JUN 17 2020

DISTRICT CLERK
Denton County, Texas
C/O, Box 2146
BY _____ DEPUTY
Denton, TX 76202
FAX: 940-349-5754

# DENTON COUNTY DISTRICT CLERK
## RECORD REQUEST FORM

1450 E. McKinney                www.dentoncounty.gov
Denton, TX 76209
Phone: 940-349-2200

**EMAIL REQUEST TO: dcrecords@dentoncounty.com**

| Requestor: Linda Markey | Date: 6/17/20 |
|---|---|
| Email: Lpm@kullmanlaw.com | Fax: |
| Address: 1100 Poydras Street, Suite 1600 | Phone: 504-596-4140 |
| City, State, Zip: New Orleans, LA 70163 | |

Complete below **(please be specific)** or print out a case summary from the Denton County Judicial Records Search website located at http://justice1.dentoncounty.com/, mark the requested documents and fax with this form.
****** **Cases filed since 1990 are located on the Judicial Records Search website.** ******
Please allow up to 10 business days for your request to be completed.

Case/Cause #: **20-4611-462**          Party Name: **Navarrete v. Target**

☐ Certified Copy          ☒ Plain Copy/E-Mail          ☐ Clerk's Certificate

| **Document Title** | **Date Document Filed** |
|---|---|
| **Complaint** | File Date: **6/15/20** |
| | File Date: _____ |
| | File Date: _____ |
| | File Date: _____ |
| | File Date: _____ |

- Copies are $1.00 per page. Payment can be made by cash, money order, or credit card (American Express, MasterCard, Visa and Discover). Credit card charges are subject to a **2.75%** transaction fee of the total amount charged ($1.00 minimum transaction). Personal checks **are not** accepted.
- Plain copies can be emailed or faxed to the information provided above. Certified copies will be mailed regular USPS First Class mail. If requestor prefers a different delivery method, please include separate envelope with pre-paid shipping label with request.
- Clerk's Certificate will provide a certified copy of the entire case file.
- Documents sealed by order or statute will not be provided unless permitted by law.

**THIS FORM MUST BE COMPLETED IN ITS ENTIRETY. NOT COMPLETING THE FORM PROPERLY COULD KEEP YOUR REQUEST FROM BEING PROCESSED IN A TIMELY MANNER.**

| Payment method: | ( ) Cash/Money Order | ( ) MasterCard | (X) Visa | ( ) Discover | ( ) American Express |
|---|---|---|---|---|---|
| Name on credit card: | | Account No.: | | | |
| Amount Authorized Not to Exceed | ( ) $25.00 | ( ) $35.00 | ( ) $50.00 | ( ) Other $ | |
| Billing Address Zip Code: | | Exp. Date: | MM/YY | 3 – digit Security Code: | |
| Printed & Signed Name of Authorized Person: | | | | | |

**Lisa Cox**

| | |
|---|---|
| **From:** | Linda Markey <LPM@kullmanlaw.com> |
| **Sent:** | Wednesday, June 17, 2020 11:25 AM |
| **To:** | DC Records |
| **Subject:** | Record Request Form |
| **Attachments:** | 20200617112515536.pdf |
| | |
| **Importance:** | High |

**FILED**
AT _11:34_ O'CLOCK _A_ M

JUN 1 7 2020

**DISTRICT CLERK**
Denton County, Texas
BY_____DEPUTY

---

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never enter your password or other sensitive information on linked web pages contained in emails unless you are certain the web pages are safe. If you have questions or need assistance, please contact the Help Desk.

---

Attached is the record request form for an uncertified copy of the Complaint filed in the matter entitled: Navarrete v. Target", Case No. 20-4611-462.

We appreciate your expedited service.  Please send a receipt for the payment of said copies and please shred the record request form with Mr. Zurik's credit card information.  Please call me if you have any questions.

Thank you,
Linda

LINDA P. MARKEY
LEGAL ASSISTANT TO SAM ZURIK, III
**THE KULLMAN FIRM**
*A Professional Law Corporation*
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
T: 504-524-4162 | D: 504-596-4140 | F: 504-596-4114
LPM@kullmanlaw.com | www.KullmanLaw.com

*One **Area of Practice.** One **Focus.  Labor and Employment Law.** Representing Employers for 74 Years.*

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

---

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

EXHIBIT A-4

FILED: 7/10/2020 9:52 AM
David Trantham
Denton County District Clerk
By: David Trantham, Deputy

**CAUSE NO. 20-4611-462**

| | | |
|---|---|---|
| **NEIBI MELANI NAVARRETE,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **DENTON COUNTY, TEXAS** |
| | § | |
| **TARGET CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | **462ND JUDICIAL DISTRICT** |

## DEFENDANT TARGET CORPORATION'S ANSWER AND AFFIRMATIVE AND OTHER DEFENSES TO PLAINTIFF'S ORIGINAL PETITION

Defendant Target Corporation ("Defendant" or "Target") files this Answer and Affirmative and Other Defenses to Plaintiff Neibi Melani Navarrete's ("Plaintiff") Original Petition and respectfully shows the Court as follows:

### I.
### GENERAL DENIAL

As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial of the matters pleaded in Plaintiff's Original Petition and requests that the Court require Plaintiff to prove each of her charges, claims, and allegations by a preponderance of the evidence or clear and convincing evidence as required by the Constitution and the laws of the State of Texas. Defendant respectfully requests that it be allowed to plead further defenses in this cause as the facts surrounding this matter are developed.

### II.
### AFFIRMATIVE AND OTHER DEFENSES

Subject to and without waiving the foregoing, and pleading in the alternative where necessary, Defendant asserts the following affirmative and other defenses. In doing so, Defendant does not waive Plaintiff's burden of proof required on any element of any claim or

**DEFENDANT TARGET CORPORATION'S ANSWER AND AFFIRMATIVE AND OTHER DEFENSES TO PLAINTIFF'S ORIGINAL PETITION**          **PAGE 1**

cause of action asserted by Plaintiff, and Defendant does not assume the burden of proof except to the extent required under the law.

## FIRST DEFENSE

Plaintiff must mitigate any and all alleged damages, and Plaintiff's claims are barred, or her recovery is reduced, by any failure to mitigate.  Further, Defendant is entitled to an offset for any amount which could have been earned by Plaintiff.

## SECOND DEFENSE

Defendant is entitled to an offset for compensation income received by Plaintiff.

## THIRD DEFENSE

Plaintiff's claim for punitive damages is unconstitutional and/or unavailable. Plaintiff's claim for punitive damages is further unwarranted because any alleged discriminatory or retaliatory conduct was contrary to Defendant's good faith efforts to comply with the anti-discrimination and anti-retaliation laws.

## FOURTH DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

## FIFTH DEFENSE

Plaintiff cannot recover back pay, if any, for any period of time when she was unable to work.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or part, by the doctrines of waiver, ratification, laches and/or estoppel.

## SEVENTH DEFENSE

Plaintiff's lawsuit is barred, in whole or in part, by virtue of her failure to exhaust and/or utilize available administrative remedies.

### EIGHTH DEFENSE

Defendant's employment actions taken with respect to Plaintiff would have been necessary in the absence of any allegedly impermissible factors.

### NINTH DEFENSE

Defendant is not liable for acts, if any, by employees that were not authorized by Defendant, and such employees, if any, had no express or implied authority to engage in acts that were inconsistent with Defendant's written rules prohibiting conduct constituting unlawful discrimination and retaliation.

### TENTH DEFENSE

Plaintiff's claims for actual, general, and punitive damages and other relief are subject to all applicable statutory caps and limitations.

### ELEVENTH DEFENSE

To the extent Plaintiff's claims and allegations exceed the reasonable scope and investigation of the charge that she filed with the Equal Employment Opportunity Commission ("EEOC") and/or the Texas Workforce Commission ("TWC"), such claims and allegations are barred.

### TWELFTH DEFENSE

Plaintiff cannot recover actual and punitive damages under multiple or different theories and causes of action for the same or similar acts.  Plaintiff is eligible for only one remedy for her claims.

### THIRTEENTH DEFENSE

Defendant is entitled to recover its expenses, costs and attorneys' fees as the prevailing party.

## FOURTEENTH DEFENSE

Plaintiff's claims fail, in whole or in part, to state a claim for relief.

## FIFTEENTH DEFENSE

Defendant had widely disseminated anti-discrimination and anti-retaliation policies that are strictly enforced.  Defendant exercised reasonable care at all times to prevent and promptly correct any alleged discriminatory and/or retaliatory terms and/or conditions of employment from occurring.  Plaintiff unreasonably failed to take advantage of the preventative or corrective opportunities and procedures provided by Defendant, or to otherwise avoid the harm about which she now complains.

\* \* \*

Target reserves the right to plead additional defenses as appropriate.

## III.
## PRAYER

WHEREFORE, Defendant Target Corporation prays that Plaintiff Neibi Melani Navarrete take nothing herein and that Target have judgment for its costs and for such further relief, at law or in equity, to which it may be justly entitled.

Respectfully submitted,


*/s/ Danielle K. Herring*
**Danielle K. Herring**
State Bar No. 24041281
dherring@littler.com
**LITTLER MENDELSON, P.C.**
1301 McKinney Street
Suite 1900
Houston, Texas 77010
Telephone No.:  713.951.9400
Facsimile No.:  713.951.9212


Mark A. Flores
State Bar No. 24076385
markflores@littler.com
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
Telephone No.: 214.880.8100
Facsimile No.: 214.880.0181

**ATTORNEYS FOR DEFENDANT
TARGET CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record, *via* e-file notification on this 10th day of July 2020 to:

Reema Ali
Equal Justice Center
1250 West Mockingbird Lane, Suite 455
Dallas, Texas 75247
***Sent Via Email:*** ***rali@equaljusticecenter.org***

Aaron Johnson
Equal Justice Center
510 S. Congress Ave., Ste. 206
Austin, Texas 78704
***Sent Via Email:*** ***ajohnson@equaljusticecenter.org***

Brian P. Sanford
The Sanford Firm
1910 Pacific Ave., Suite 15400
Dallas, Texas 75201
***Sent Via Email:*** ***bsanford@sanfordfirm.com***

*/s/ Danielle K. Herring*
Danielle K. Herring

4821-6599-7761.2 052067.1639

**DEFENDANT TARGET CORPORATION'S ANSWER AND AFFIRMATIVE
AND OTHER DEFENSES TO PLAINTIFF'S ORIGINAL PETITION          PAGE 6**

EXHIBIT A-5

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back          Location : ------ All District Courts ------   Help

# REGISTER OF ACTIONS
## CASE NO. 20-4611-462

| | | |
|---|---|---|
| Neibi Melani Navarrete vs Target Corporation | § <br> § <br> § <br> § <br> § | Case Type: **Discrimination** <br> Date Filed: **06/15/2020** <br> Location: **462nd Judicial District Court** <br> Judicial Officer: **Breading, Lee Ann** <br> File Custody/Location: **District Clerk's Office** |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| **Defendant** | **Target Corporation** | | **Danielle K. Herring** <br> *Retained* <br> 1301 McKinney Ste, Ste 1900 <br> Houston, TX 77010 <br><br> 713-951-9400(W) <br> 713-951-9212(F) |
| **Plaintiff** | **Navarrete, Neibi Melani** | | **Reema Ali** <br> *Retained* <br> 1250 West Mockingbird Lane <br> Ste 455 <br> Dallas, TX 75247 <br><br> 469-228-4234(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 06/15/2020 | **Plaintiff's Original Petition** |
| 06/16/2020 | **Jury fee paid** <br> *(This entry only represents the payment of the jury fee - not a document filed with the clerk.)* |
| 06/16/2020 | **Request for Issuance of** <br> *Citation* <br> Made by:  Navarrete, Neibi Melani |
| 06/17/2020 | **Citation** <br> *eserved in envelope #43810938* <br>   Target Corporation                              Unserved |
| 06/17/2020 | **Record/Copy Request** |
| 07/10/2020 | **Defendant's Original Answer** <br> *Affirmative and Other Defenses to Plaintiff's Original Petition* |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Plaintiff** Navarrete, Neibi Melani | | | |
| Total Financial Assessment | | | 325.00 |
| Total Payments and Credits | | | 325.00 |
| **Balance Due as of 07/10/2020** | | | **0.00** |
| | | | |
| 06/16/2020 | Transaction Assessment | | 317.00 |
| 06/16/2020 | TexFile Payment | Receipt # 2020-15006 | Navarrete, Neibi Melani | (317.00) |
| 06/17/2020 | Transaction Assessment | | 8.00 |
| 06/17/2020 | TexFile Payment | Receipt # 2020-15151 | Navarrete, Neibi Melani | (8.00) |

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **NEIBI MELANI NAVARRETE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **TARGET CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | |

<u>**DECLARATION OF ADAM KLARFELD IN SUPPORT OF REMOVAL**</u>

Pursuant to 28 U.S.C. § 1746, I, Adam Klarfeld, declare the following:

1.       "I am Director, Employee Relations Counsel for Defendant Target Corporation ("Target"), a Minnesota corporation.  I make this declaration in support of Defendant's Notice of Removal.  I have personal knowledge of the true and accurate facts contained herein, unless otherwise stated, and, if called to testify, I could and would competently testify thereto.

2.       I have been Director, Employee Relations Counsel for Target since August 2013.  As Director, Employee Relations Counsel, my current job duties include managing the defense of Target Corporation in employment law matters.  I am thus familiar with the operations of Target.

3.       Target is incorporated in the State of Minnesota, and its 'home office,' or headquarters, is located at 1000 Nicollet Mall, Minneapolis, Minnesota 55403.  Target maintains its corporate records and controls business and activities from Minneapolis, Minnesota, and almost all of its top executives work at this location.  Additionally, Target also files its corporate tax returns in Minnesota.

4.       On June 18, 2020, Target was served with a copy of Plaintiff Neibi Melani Navarrete's Original Petition in the lawsuit styled *Neibi Melani Navarrete v. Target*

*Corporation*, Cause No. 20-4611-462, in the 462nd Judicial District Court of Denton County, Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct."

Executed on July 9, 2020, at Minneapolis, Minnesota.

ADAM KLARFELD

4824-5468-4097.2 052067.1639

2

# EXHIBIT C

CAUSE NO. 20-4611-462

| | | |
|---|---|---|
| NEIBI MELANI NAVARRETE, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | DENTON COUNTY, TEXAS |
| | § | |
| TARGET CORPORATION, | § | |
| | § | |
| *Defendant.* | § | 462ND JUDICIAL DISTRICT |

### DEFENDANT'S NOTICE TO STATE COURT OF FILING REMOVAL

PLEASE TAKE NOTICE that on July 17, 2020, Defendant Target Corporation filed a Notice of Removal in the United States District Court for the Eastern District of Texas, Sherman Division, for removal of this action to that United States District Court.  Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of that Notice of Removal (attached hereto as Exhibit 1), effects the removal of this action, and this Court may proceed no further unless the case is remanded.

Respectfully submitted,


*/s/ Danielle K. Herring*
**Danielle K. Herring**
State Bar No. 24041281
dherring@littler.com
**LITTLER MENDELSON, P.C.**
1301 McKinney Street
Suite 1900
Houston, Texas 77010
Telephone No.:  713.951.9400
Facsimile No.:  713.951.9212


**Mark A. Flores**
State Bar No. 24076385
markflores@littler.com
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
Telephone No.: 214.880.8100
Facsimile No.: 214.880.0181

**ATTORNEYS FOR DEFENDANT
TARGET CORPORATION**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record, *via* e-file notification on this 17th day of July 2020 to:

Reema Ali
Equal Justice Center
1250 West Mockingbird Lane, Suite 455
Dallas, Texas 75247
*Sent Via Email: rali@equaljusticecenter.org*

Aaron Johnson
Equal Justice Center
510 S. Congress Ave., Ste. 206
Austin, Texas 78704
*Sent Via Email: ajohnson@equaljusticecenter.org*

Brian P. Sanford
The Sanford Firm
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
*Sent Via Email: bsanford@sanfordfirm.com*

*/s/ Danielle K. Herring*
Danielle K. Herring

4822-4647-6225.2 052067.1639

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **NEIBI MELANI NAVARRETE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:20-CV-00553** |
| | § | |
| **TARGET CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | |


**INDEX OF MATTERS BEING FILED AND LIST OF COUNSEL OF RECORD**


| EXHIBIT | | DESCRIPTION | DATE |
|---|---|---|---|
| A | | Plaintiff's Original Petition | 06/15/2020 |
| | A-1 | Request for Issuance of Citation | 06/16/2020 |
| | A-2 | Citation | 06/17/2020 |
| | A-3 | Record/Copy Request | 06/17/2020 |
| | A-4 | Defendant's Original Answer | 07/10/2020 |
| | A-5 | Civil Docket Sheet | 07/10/2020 |
| B | | Declaration of Adam Klarfeld in Support of Notice of Removal | 07/10/2020 |
| C | | Defendant's Notice of Filing Removal (462nd District Court of Denton County) | 07/17/2020 |
| D | | Index of Matters being Filed and List of Counsel of Record | 07/17/2020 |

Counsel for Plaintiff Neibi Melani Navarrete:

**ReemaAli**
State Bar No. 24105327
rali@equaljusticecenter.org
**EQUAL JUSTICE CENTER**
1250 West Mockingbird Lane, Suite 455
Dallas, Texas 75247
Telephone No.: 469.228.4234
Facsimile No.: 469.941.0861

**Aaron Johnson**
State Bar No. 24056961
ajohnson@equaljusticecenter.org
**EQUAL JUSTICE CENTER**
510 S. Congress Ave., Ste. 206
Austin, Texas 78704
Telephone No.: 512.474.0007
Facsimile No.: 512.474.0008

**Brian P. Sanford**
State Bar No. 17630700
bsanford@sanfordfirm.com
**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, Texas  75201
Telephone No.:  214.717.6653
Facsimile No.:  214.919.0113

Counsel for Defendant Target Corporation:

**Danielle K. Herring**
State Bar No. 24041281
dherring@littler.com
**LITTLER MENDELSON, P.C.**
1301 McKinney Street
Suite 1900
Houston, Texas 77010
Telephone No.:  713.951.9400
Facsimile No.:  713.951.9212

**Mark A. Flores**
State Bar No. 24076385
markflores@littler.com
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
Telephone No.: 214.880.8100
Facsimile No.: 214.880.0181

4846-8421-8817.2 052067.1639

**INDEX OF MATTERS BEING FILED AND LIST OF COUNSEL OF RECORD          PAGE 2**