IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NEIBI MELANI NAVARRETE, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-00553 |
| TARGET CORPORATION, | § § § | |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE OF MARK A. FLORES

Defendant Target Corporation ("Defendant") hereby gives notice of the appearance of Mark A. Flores, counsel at Littler Mendelson, P.C., and respectfully requests that his appearance as co-counsel for Defendant be reflected in the Court's docket report and that all pleadings, notices, and correspondence be sent to him.

Respectfully submitted,

*/s/ Mark A. Flores*
**Danielle K. Herring**
State Bar No. 24041281
dherring@littler.com
**LITTLER MENDELSON, P.C.**
1301 McKinney Street
Suite 1900
Houston, Texas 77010
Telephone No.: 713.951.9400
Facsimile No.: 713.951.9212

Mark A. Flores
State Bar No. 24076385
markflores@littler.com
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201-2931
Telephone No.: 214.880.8100
Facsimile No.: 214.880.0181

**ATTORNEYS FOR DEFENDANT TARGET CORPORATION**

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record, *via* e-file notification on this 17th day of July 2020 to:

Reema Ali
Equal Justice Center
1250 West Mockingbird Lane,
Suite 455 Dallas, Texas 75247
*Sent Via Email:* rali@equaljusticecenter.org

Aaron Johnson
Equal Justice Center
510 S. Congress Ave., Ste. 206
Austin, Texas 78704
*Sent Via Email:* ajohnson@equaljusticecenter.org

Brian P. Sanford
The Sanford Firm
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
*Sent Via Email:* bsanford@sanfordfirm.com


*/s/ Mark A. Flores*
Mark A. Flores

4846-3722-9505.2 052067.1639